|   |   |
|---|---|
| 1 | HONORABLE KAREN L. STROMBOM |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

DEBORAH NASON and GARY NASON, husband and wife,

          Plaintiffs,

  v.

FRED MEYER STORES, INC., a Washington corporation,

          Defendant.

Civil No.  C08-5412 KLS

STIPULATION FOR AND ORDER OF DISMISSAL

## **STIPULATION**

IT IS STIPULATED by the parties, through their respective counsel of record, that this case may be DISMISSED WITH PREJUDICE and without costs to either party.

DATED this 26th day of March, 2010.

CAMPBELL, DILLE, BARNETT,
SMITH & WILEY, P.L.L.C.

*s/Talis M. Abolins*
Talis M. Abolins
WSB No. 21222
Attorneys for Plaintiffs

MILLER NASH LLP

*s/Susan K. Stahlfeld*
Susan K. Stahlfeld,
WSB No. 22003
Attorneys for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL - 1
(C08-5412 KLS)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

SEADOCS:418111.1

## **ORDER OF DISMISSAL**

Based on the forgoing stipulation, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE and without costs to either party.

DATED this 29th day of March, 2010.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

MILLER NASH LLP

*s/Susan K. Stahlfeld*
Susan K. Stahlfeld
WSB No. 22003
Miller Nash LLP
601 Union Street, Ste. 4400
Seattle, WA  98101
Telephone: (206) 622-8484
Fax:  (206) 622-7485
E-Mail: susan.stahlfeld@millernash.com

Attorneys for Defendant

Approved as to form, notice of presentation waived:

CAMPBELL, DILLE, BARNETT, SMITH & WILEY, P.L.L.C.

*s/Talis M. Abolins*
Talis Abolins
WSB No. 21222
Campbell, Dille, Barnett, Smith & Wiley, P.L.L.C.
317 S. Meridian
Puyallup, Washington  98371
Telephone: (253) 848-3513
Fax: (253) 845-4941
E-Mail: TalisA@cdb-law.com

Attorneys for Plaintiffs

STIPULATION FOR AND ORDER OF DISMISSAL - 2
(C08-5412 KLS)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

SEADOCS:418111.1